IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH L. YOUNG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

A superseding indictment was filed against this defendant on April 27, 2005.

Trial of this case, previously scheduled for May 2, 2005, is now set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on June 27, 2005 or as soon thereafter as the case may be called, for a duration of five trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 28th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge