IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05 CR 3027 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH L. YOUNG, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

After the filing of the order granting defendant's motion for release to treatment, the court was advised by the Unites States Marshals Service that the defendant, if released, would be immediately arrested by Sarpy County officers on detainers resulting from his failure to pay a number of fines in Lancaster County. Under these circumstances, defendant cannot be release from federal custody until he has made arrangements to resolve those outstanding cases.

IT THEREFORE HEREBY IS ORDERED: The United States Marshal shall keep the defendant in custody until advised that his release would not result in his immediate arrest by another authority.

DATED August 17, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge