```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:05CR3027 |
| v. | ) | |
| | ) | |
| JOSEPH L. YOUNG, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's request to file his amended motion for release under seal is granted and the clerk is directed to file the motion under seal.

DATED this 23rd day of August, 2005.

BY THE COURT:

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge