IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiffs,      )
                                 )            4:05CR3027
           v.                    )
                                 )
JOSEPH L. YOUNG,                 )
                                 )               ORDER
                Defendant.       )
                                 )

        IT IS ORDERED:

        Defendant's amended motion for release upon conditions,

filing 41, is denied as moot.


        DATED this 8th day of September, 2005.


                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge