IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3027 and |
| | ) | 4:07CR3025 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JOSEPH LAWRENCE YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant.

IT IS ORDERED that:

(1)     The Clerk of Court shall file the letter in Case Nos. 4:05CR3027 and 4:07CR3025.

(2)     Treating the letter as a motion, the motion is denied. See also filing 59 in Case No. 4:07CR3025.

(3)     The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government and to counsel for the defendant.

(4)     The Clerk of Court shall mail a copy of this order and filing 59 in Case No. 4:07CR3025 to the defendant at defendant's last known address.

Dated March 27, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge