AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Joseph L. Young | ) Case No: 4:05CR3027 |
| | ) USM No: 19255-047 |
| Date of Original Judgment: 09/28/2006 | ) |
| Date of Previous Amended Judgment: | ) David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  09/28/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/06/2015                                         s/ Richard G. Kopf
                                                                 *Judge's signature*

Effective Date:  11/01/2015                      Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                          *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Joseph L. Young
CASE NUMBER: 4:05CR3027
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 35 | Amended Total Offense Level: 29 | |
| Criminal History Category: IV | Criminal History Category: IV | |
| Previous Guideline Range: 235 to 293 months | Amended Guideline Range: 121 to 151 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 158 and 159 are granted as provided herein.

Please note that (1) the defendant was the beneficiary of two prior sentence reductions as a result of amendments to the Guidelines and (2) technically amended judgments were not issued for those two reductions.